UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MICHIGAN

PAMELA MATTISON o/b/o M.M. and M.M.,

    Plaintiff,                                           Case No.4:05-cv-79

v.                                                        Hon. Richard Alan Enslen

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 2, 2007, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the parties' Stipulation Certifying Questions of Law to the Michigan Supreme Court (Dkt. No. 12) is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter is administratively closed pending resolution of the relevant question by the Michigan Supreme Court.

Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
April 20, 2007                                Richard Alan Enslen
                                                    Senior United States District Judge